UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | )  | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 4:13-CV-208-FL |
| ELINOR BULL, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the consent order for entry of judgment entered September 16, 2013, that judgment is hereby entered in favor of plaintiff who shall have and recover from defendant Elinor Bull the amount of Fifty-Five Thousand and no/100 Dollars ($34,368.00) plus interest at a rate of .13%, and all future costs.

**This Judgment Filed and Entered on September 16, 2013, and Copies To:**

Neal I. Fowler (via CM/ECF Notice of Electronic Filing)
Jonathan F. Bull (via U.S. Mail) 101 State Street, Springfield, MA 0113


September 16, 2013                    JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk